IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO A. OLIVAS,

    Petitioner,               No. CIV S-04-1306 DFL CMK P

    vs.

DARREL ADAMS, et al.,

    Respondents.             <u>Order</u>

                         /

        A recent court order was served on petitioner's address of record and returned as undeliverable because "name and number don't match." The court notes that this occurred shortly after plaintiff filed a change of address with the court.

        The clerk is directed to attempt to re-serve a copy of the court's April 12, 2005 order (doc 10) on plaintiff.

DATED:    May 9, 2005

                                            S/Craig M. Kellison
                                          CRAIG M. KELLISON
                                          UNITED STATES MAGISTRATE JUDGE

1