IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO A. OLIVAS,

       Petitioner,                    No. CIV S-04-1306 DFL CMK P

    vs.

DARREL ADAMS, et al.,

       Respondents.            <u>ORDER</u>

                           /

       This petition for writ of habeas corpus was dismissed on September 15, 2005. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: October 5, 2005.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE